## EXHIBIT A

| FIRST NAME | LAST NAME |
|---|---|
| Peter | Christoulis |
| Sophia | Daskolopoulou |
| Henris | Fuentes |
| Velgy | Giron |
| Pedro | Gomez |
| Emilio | Jiguan |
| Armando | Lopez |
| Audis | Lopez |
| Emanuel | Zetino Lorenzana |
| Juan | Perez |
| Marvin | Ramirez |
| Henry | Raxtun |
| Kevin | Rivas |
| Elizabeth | Segura |
| Josue | Solis Perez |
| Geovany Duglas | Siguero |
| Guadalupe (Rafael) | Uraga |
| Daniel | Villanueva |
| Alvaro | Unknown |
| Jennifer | Unknown |