UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SIMCO'S RESTAURANT OF ROSLINDALE, INC. d/b/a SIMCO'S ROSLINDALE; SIMCO'S RESTAURANT, INC. d/b/a SIMCO'S MATTAPAN; DENISE FOTOPOULOS; and EVANGELOS FOTOPOULOS,<br><br>Defendants. | Civil Action No. 1:22-cv-11414 |

JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants Simco's Restaurant of Roslindale, Inc. d/b/a Simco's Roslindale; Simco's Restaurant, Inc. d/b/a Simco's Mattapan; Denise Fotopoulos; and Evangelos Fotopoulos hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

Respectfully Submitted,

| For the Plaintiff: | For Defendants: |
|---|---|
| Seema Nanda<br>Solicitor of Labor | /s/ Lauren C. Schaefer<br>Nicholas J. Nesgos (BBO No. 553177)<br>Lauren C. Schaefer (BBO No. 696628) |
| Maia S. Fisher<br>Regional Solicitor | ArentFox Schiff LLP<br>Prudential Center<br>800 Boylston Street, 32 Floor |
| Mark A. Pedulla<br>Counsel for Wage & Hour | Boston, MA 02199<br>Nicholas.nesgos@afslaw.com<br>lauren.schaefer@afslaw.com |
| /s/ Sheila A. Gholkar<br>Sheila A. Gholkar<br>Trial Attorney<br>Gholkar.sheila.a@dol.gov<br>MA BBO No. 687659 | |
| U.S. Department of Labor<br>Attorneys for Plaintiff<br>Post Office Address:<br>JFK Federal Building—Room E-375<br>Boston, Massachusetts 02203<br>TEL: (617) 565-2500<br>FAX: (617) 565-2142 | |

Dated:  September 1, 2022

## Certificate of Service

I hereby certify that on September 1, 2022, a copy of foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibits were filed electronically. I further certify that on that date I served these documents on Defendants by causing them to be emailed to:

>Nicholas J. Nesgos
>Lauren Schaefer
>ArentFox Schiff LLP
>Prudential Center
>800 Boylston Street, 32 Floor
>Boston, MA 02199
>Nicholas.nesgos@afslaw.com
>lauren.schaefer@afslaw.com

the last known email addresses.

_/s/_ Sheila A. Gholkar
Sheila A. Gholkar
